IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01716–EWN–MEH

MAURICE L. HARPER,

    Applicant,

v.

LARRY REID,

    Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Dismissal" filed September 25, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (#5) filed September 14, 2006 is DENIED.

3. This case is dismissed in its entirety.

DATED this 13th day of November, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge